## SECOND DISTRICT.

**Caroline Hosfeldt, appellee, v. Julius B. Schmidt et al., appellants. Gen. No. 6,937.**

Action against the proprietors of a dramshop and the owners of the premises occupied by it for damages resulting from the sale of liquor to plaintiff's son, resulting in his suicide. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922. *Certiorari* denied by Supreme Court (making opinion final).

W. L. Rudolph, Robert R. Reynolds and J. T. & S. R. Kenworthy, for appellants. W. R. Moore and George W. Wood, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

**E. Godel & Sons, appellee, v. John Barton Payne, agent, appellant. Gen. No. 6,941.**

Action on the case to settle claims arising during the federal operation of the railroads for the conversion of a carload of hams. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Stevens, Miller & Elliott, for appellant; Silas H. Strawn, Frank T. Miller, John M. Elliott and O. P. Westervelt, of counsel. Quinn & Quinn, for appellee; Frank J. Quinn, Charles V. O'Hern and Harold R. Schradzki, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

**Mary Ann Short, executrix, appellee, v. Chicago, Rock Island & Pacific Railway Company, appellant. Gen. No. 6,943.**

Action for the death of plaintiff's testator when his truck became stalled on defendant's track and was struck by a backing train. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. C. V. Miles, Judge, presiding. Heard in this court at the April term, 1921. Opinion filed February 23, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Stevens, Miller & Elliott, O. P. Westervelt and Daniel Taylor, for appellant. Dailey, Miller, McCormick & Radley, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.